DWAYNE ALLEN MEYERS
PLAINTIFF/PETITIONER/MOVANT'S NAME

Fo7431
PRISON NUMBER

Centinela State Prison
PLACE OF CONFINEMENT

Po Box 901 Imperial CA 92251
ADDRESS

| 2254 ✓ | 1983 |
| --- | --- |
| **FILING FEE PAID** | |
| Yes | No |
| **IFP MOTION FILED** | |
| Yes ✓ | No |
| **COPIES SENT TO** | |
| Court ✓ | ProSe |

**FILED**

DEC 1 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

DWAYNE ALLEN MEYERS,
Plaintiff/Petitioner/Movant

v.

_____,
Defendant/Respondent

Civil No. **'07 CV 2316 JLS WMc**

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, DWAYNE ALLEN MEYERS ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes  ☐ No    (If "No" go to question 2)

   If "Yes," state the place of your incarceration  Centinela State Prison

   Are you employed at the institution?           ☒ Yes  ☐ No

   Do you receive any payment from the institution? ☒ Yes  ☒ No DAM

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 11/96)                                          K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name

   and address of your employer._____

_____

_____

_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages

   and pay period and the name and address of your last employer._____

_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

   a. Business, profession or other self-employment    ☐ Yes ☒ No

   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No

   c. Pensions, annuities or life insurance    ☐ Yes ☒ No

   d. Disability or workers compensation    ☐ Yes ☒ No

   e. Social Security, disability or other welfare    ☐ Yes ☒ No

   e. Gifts or inheritances    ☐ Yes ☒ No

   f. Spousal or child support    ☐ Yes ☒ No

   g. Any other sources    ☒ Yes ☒ No *D AM*

If the answer to any of the above is "Yes" describe each source and state the amount received and what you

expect you will continue to receive each month. *YES FoR FAmily Visiting*

_____

_____

4. Do you have any checking account(s)?    ☐ Yes ☒ No

   a. Name(s) and address(es) of bank(s):_____

   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☒ No

   a. Name(s) and address(es) of bank(s):_____

   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☒ No

   a. Make:_____ Year:_____ Model:_____

   b. Is it financed? ☐ Yes ☐ No

   c. If so, what is the amount owed?_____

7.  Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
    ☐ Yes  ☒ No
    If "Yes" describe the property and state its value._____

    _____

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how
    much you contribute to their support.___*NONE*_____

    _____

9.  List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____

    _____
    _____*N / A*_____
    _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks,
    savings certificates, notes, jewelry, artwork, or any other assets (include any items of value held in someone
    else's name)):_____
    _____*N / A*_____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income
    anywhere on this form, you __must__ explain the sources of funds for your day-to-day expenses._____

    _____
    _____*N / A*_____
    _____

**I declare under penalty of perjury that the above information is true and correct and understand that a
false statement herein may result in the dismissal of my claims.**


___12 - 3 - 2007___                    _____
          DATE                              SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

---

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _DWAYNE ALLEN MEYERS_ ,
(NAME OF INMATE)

_Fo 7431_ ,
(INMATE'S CDC NUMBER)

has the sum of $_6.53_ on account to his/her credit at _CENTINELA_

_STATE prison + REHAB_ .
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _NONE_

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $ _0_ ,

and the *average monthly deposits* to the applicant's account was $_0_ .

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT
STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD
IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT, PER 28 U.S.C. § 1915(a)(2).</u>

_12-4-07_
DATE

_[signature]_ CCI
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_D. SAVAGE_ CCI
OFFICER'S FULL NAME (PRINTED)

_Correctional Counselor I_
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis.  An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate"  will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _DWAYNE ALLEN MEYERS   Fo 7431_____, request and authorize the agency
(Name of Prisoner/ CDC No.)
holding me in custody, to prepare for the Clerk of the United States Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of fees for which I am obligated is either ☐ $120 (civil complaint) or ☒ $5 (habeas corpus petition) (check one).  I also understand that this fee will be debited from my account regardless of the outcome of this action.  This authorization shall apply to any other agency into whose custody I may be transferred.

_12-3-07_____
Date

_____
Signature of Prisoner

```
TS210B                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                              ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  F07431
   ACCOUNT NAME:  MEYERS, DWAYNE  ALLEN
   ACCOUNT TYPE:  I
CURRENT BALANCE:       95.68
   HOLD BALANCE:       89.15
 ENCUM. BALANCE:        0.00
       AVAILABLE:        6.53
PRIVILEGE GROUP:  A
  LAST CANTEEN:  04/10/2006


--------- HOUSING LOCATION ---------      --------- ARRIVAL INFORMATION ----------

        FACILITY:  CEN                    ARRIVAL DATE:  06/01/2007
BED/CELL NUMBER:  MIFED1000000092U       ARRIVAL STATUS:  MDRTN
                                          FROM LOCATION:  EC
                                         ARRIVAL COMMENT:


 TS210BA              BEGINNING DATE FOR TRANSACTION DISPLAY:    /  /
Type a starting date, OR press ENTER for all transactions, OR press F5, F6, F8
```

```
TS210B                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                              ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:   F07431
   ACCOUNT NAME:   MEYERS, DWAYNE  ALLEN
   ACCOUNT TYPE:   I
CURRENT BALANCE:        95.68
  HOLD BALANCE:         89.15
ENCUM. BALANCE:          0.00
      AVAILABLE:         6.53
PRIVILEGE GROUP:   A
  LAST CANTEEN:    04/10/2006
--------------------------- ACCOUNT TRANSACTIONS ---------------------------TS210CA
   DATE    TRAN    AMOUNT     DESCRIPTION      CHECK NUM    COMMENT      BALANCE
 --------  ----  ----------  ---------------  -----------  ----------  -----------
 08/06/07  W415      45.00   CASH WITHDRAWAL  189-067131   0804 07/12       4.15
 09/07/07  VD54       0.76   INMATE PAYROLL-               1455 AUG07       4.91
 09/25/07  D201      85.00   FAMILY VISIT DE               1830 FVDEP      89.91
 10/05/07  VD54       3.13   INMATE PAYROLL-               2061 SEP07      93.04
 11/02/07  VD54       1.74   INMATE PAYROLL-               2675 OCT07      94.78
 12/03/07  VD54       0.90   INMATE PAYROLL-               3256 NOV07      95.68
PAGE#      1 OF     3 PAGES
```

```
TS210B                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                            ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  F07431
    ACCOUNT NAME:  MEYERS, DWAYNE ALLEN
    ACCOUNT TYPE:  I
CURRENT BALANCE:       95.68
   HOLD BALANCE:       89.15
 ENCUM. BALANCE:        0.00
      AVAILABLE:        6.53
PRIVILEGE GROUP:  A
   LAST CANTEEN:  04/10/2006
------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
  DATE    TRAN   AMOUNT    DESCRIPTION     CHECK NUM    COMMENT      BALANCE
-------- ----  -----------  ------------  -----------  ----------  -----------
04/10/06 FC01     42.00   DRAW-FAC 1                  5587 FAC A      0.64
06/21/06 W536      0.64   COPAY CHARGE                6998M05/22      0.00
09/22/06 D201     65.00   FAMILY VISIT DE             1540 FVDEP     65.00
10/26/06 W415     60.85   CASH WITHDRAWAL 189-064976  2134 10/14      4.15
03/13/07 D201     40.00   FAMILY VISIT DE             4551 FVDEP     44.15
06/14/07 D201      5.00   FAMILY VISIT DE             6648 FVDEP     49.15
PAGE#     2 OF    3 PAGES
```

```
TS210B                 CALIFORNIA DEPARTMENT OF CORRECTIONS
                            ITAS TRUST ACCOUNT DISPLAY

---------------- ACCOUNT INFORMATION -------------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  F07431
   ACCOUNT NAME:  MEYERS, DWAYNE  ALLEN
   ACCOUNT TYPE:  I
CURRENT BALANCE:        95.68
   HOLD BALANCE:        89.15
 ENCUM. BALANCE:         0.00
       AVAILABLE:         6.53
PRIVILEGE GROUP:  A
   LAST CANTEEN:  04/10/2006
----------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
   DATE    TRAN   AMOUNT      DESCRIPTION      CHECK NUM    COMMENT       BALANCE
 --------  ----  ----------  ----------------  ----------  ----------   ----------
 03/20/06  D320      49.64   TRUST FUNDS TRA               5081 CCI         49.64
 03/20/06  FC01      30.00   DRAW-FAC 1                    5085 FAC.A       19.64
 03/24/06  DD30      28.00   CASH DEPOSIT ON               5219 MLRM        47.64
 04/10/06  W536       5.00   COPAY CHARGE                  5571M04/10       42.64


PAGE#      3 OF      3 PAGES
```